[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

19-14809
Non-Argument Calendar

_____

D.C. Docket No. 6:19-cr-00066-GKS-GJK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEBORAH CARMONA ANTONSANTI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 3, 2020)

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Deborah Antonsanti in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Antonsanti's convictions and sentences are **AFFIRMED**.